

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

### FILED

### 8/28/09

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

sjas

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

**Case Number:**     09−28268 − B − 7

**Debtor Name(s) and Address(es):**

Jane S. Sohnrey
10 Hanging Tree Ct
Oroville, CA 95966

Pursuant to Federal Rule of Bankruptcy Procedure 3004,

**NOTICE IS HEREBY GIVEN** that proof of claim number 6 in the amount of $1482 was filed on 8/26/09 by Jane S. Sohnrey in the name of creditor George E. Washington .

Dated:
8/28/09

For the Court,
Richard G. Heltzel , Clerk